UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| KEITH DRUMMOND, | ) |
| | ) |
| Plaintiff, | )  3:11-cv-00303-LRH-VPC |
| | ) |
| v. | ) |
| | )  O R D E R |
| ELDON K. MCDANIEL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#17[1]) entered on December 2, 2011, recommending granting Defendant's Motion to Dismiss (#12) filed on August 23, 2011. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#17) entered on December 2, 2011, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#17)

---

[1] Refers to court's docket number.

entered on December 2, 2011, is adopted and accepted, and Defendant's Motion to Dismiss (#12) is GRANTED.  Plaintiff's complaint is **DISMISSED with prejudice**.

IT IS SO ORDERED.

DATED this 10th day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE