1
2
3
4
5
6         UNITED STATES DISTRICT COURT

7         DISTRICT OF NEVADA

8         * * * * *

9   KEITH DRUMMOND,                    )
                                       )
10              Plaintiff,             )        3:11-cv-00303-LRH-VPC
                                       )
11  v.                                 )
                                       )        O R D E R
12  ELDON K. MCDANIEL, *et al.*,       )
                                       )
13              Defendants.            )
    _____ )

14

15          Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P.

16  Cooke (#17[1]) entered on December 2, 2011, recommending granting Defendant's Motion to Dismiss

17  (#12) filed on August 23, 2011.  No objection to the Report and Recommendation has been filed.  The

18  action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4

19  of the Rules of Practice of the United States District Court for the District of Nevada.

20          The Court has conducted its *de novo* review in this case, has fully considered the pleadings and

21  memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B)

22  and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation

23  (#17) entered on December 2, 2011, should be adopted and accepted.

24          IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#17)

25

26          [1]Refers to court's docket number.

1   entered on December 2, 2011, is adopted and accepted, and Defendant's Motion to Dismiss (#12) is

2   GRANTED.  Plaintiff's complaint is **DISMISSED with prejudice**.

3           IT IS SO ORDERED.

4           DATED this 10th day of January, 2012.

5

6

7           _____

8           LARRY R. HICKS
            UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26